JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASRIN SHAPOURI,<br><br>         Plaintiff,<br><br>    v.<br><br>FRANKLIN COLLECTION SERVICE, INC.; BAY AREA CREDIT SERVICE;<br><br>         Defendants. | **Case No: 2:15-cv-03682-ODW-ASx**<br><br>**ORDER RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [25] [27]** |

1

Upon stipulation jointly made by Plaintiff NASRIN SHAPOURI and Defendant FRANKLIN COLLECTION SEVICE, INC., the only remaining parties appearing in this action, by and through their counsel of record, and good cause appearing therefore (ECF No. 25, 27):

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entire action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE; and

2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

November 17, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**